# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130258 & (20)

NICHOLAS WASWICK and BETSEY
WASWICK,
             Plaintiffs-Appellees,

v                                                             SC: 130258
                                                              COA: 265885
                                                              Shiawassee CC: 04-001852-NP

OCCIDENTAL CHEMICAL
CORPORATION and DUREZ
CORPORATION,
             Defendants-Appellants,

and

ALLEN-BRADLEY COMPANY, et al
             Defendants.
_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 23, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

       I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006                                    _____
d0315                                                              Clerk